ACCEPTED
03-14-00819-cv
3921784
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 4:39:40 PM
JEFFREY D. KYLE
CLERK

# THORNTON, BIECHLIN, SEGRATO, REYNOLDS & GUERRA, L.C.

ATTORNEYS AT LAW

MICHAEL J. CLARK
E-MAIL ADDRESS:
MCLARK@THORNTONFIRM.COM

912 S. CAPITAL OF TEXAS HIGHWAY
SUITE 300
AUSTIN, TEXAS 78746-5242
(512) 329-6666
FAX (512) 327-4694

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
RIO GRANDE VALLEY
1/27/2015 4:39:40 PM
SAN ANTONIO
JEFFREY D. KYLE
Clerk

January 27, 2015

*Via E-file:*

Third Court of Appeals
Courtland Crocker, Deputy Clerk
P.O. Box 12547
Austin, Texas 78711

> RE: Appellate Docket No. 03-14-00819-CV; Appellate Case Style: *Weirich, Judy vs. IESI Corporation and Southside Wrecker, Inc.* in the 3[rd] Court of Appeals, Austin, Texas

> RE: Cause No. CV07387; *Weirich, Judy v. IESI Corporation and Southside Wrecker, Inc.*; in the 424[th] Judicial District Court, Blanco County, Texas

Dear Mr. Crocker:

Although I did receive the attached notification by e-mail on December 31, 2014, I am writing to correct my e-mail address after Plaintiff/Appellant's Attorney submitted his Docketing Statement with an incorrect e-mail address for me. Please update to mclark@thorntonfirm.com so that I can continue to receive filings on this matter.

Thank you for your assistance. Please contact me or my assistant if you have any questions.

Very truly yours,

Michael J. Clark

MJC/kms
Enclosure

*Via E-mail:*
cc: George Petras
Zachary Hudler

FILE COPY



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

December 31, 2014

Mr. Zachary P. Hudler
Zachary P. Hudler, PC
P. O. Box 1728
Johnson City, TX 78636
* DELIVERED VIA E-MAIL *

Mr. Michael J. Clark
Thornton Biechlin Segrato Reynolds & Gu
912 S Capital of Texas Hwy Ste 300
West Lake Hills, TX 78746-5242
* DELIVERED VIA E-MAIL *

Mr. George J. Petras Iv
Henslee, Fowler, Hepworth & Schwartz, Pllc
816 N. Congress, Suite 800
Austin, TX 78701-2334
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-14-00819-CV
        Trial Court Case Number:     CV07387

Style:  Judy Weirich
        v. IESI Corporation and Southside Wrecker, Inc.

Dear Counsel:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Appellant is requested to forward the $195.00 filing fee and a docketing statement to this Court on or before **January 08, 2015**. *See* Tex. R. App. P. 5, 32.1. If appellant has not already done so, he must make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. *See* Tex. R. App. P. 34.6(b)(1).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*
Courtland Crocker, Deputy Clerk

cc:     The Honorable Debby Elsbury          Ms. Stephanie Larsen